United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRY LEO KRAMER,

          Plaintiff,

    v.

MEDVIN, et al.,

          Defendants.

Case No.  15-cv-03780-HSG

**JUDGMENT**

      Pursuant to the Order Granting Pending Summary Judgment Motions and Addressing Other Pending Motions, judgment is entered in favor of Defendants.

      **IT IS SO ORDERED.**

Dated:   3/31/2017

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge